JS-6

Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Bessy Salazar

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| BESSY SALAZAR,<br><br>     Plaintiff,<br><br>vs.<br><br>MACY'S, INC., et. al.<br>     Defendants. | Case No.: CV 19-10499-GW-SSx<br><br>**ORDER** |

## ORDER

Pursuant to the stipulation of the Parties, Macy's, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: February 19, 2020

_____
Hon. George H. Wu
UNITED STATES DISTRICT JUDGE